FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta
MAY 14 2010
JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIE J. TERRELL,<br>Inmate No. 0610258,<br>    Plaintiff, | CIVIL RIGHTS ACTION<br>42 U.S.C. § 1983 |
| v. | CIVIL ACTION NO.<br>1:09-CV-2264-TWT |
| RICHARD J. PENNINGTON;<br>CITY OF ATLANTA,<br>    Defendants. | |
| WILLIE JAMES TERRELL,<br>Inmate No. 0840305,<br>    Plaintiff, | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983 |
| v. | CIVIL ACTION NO.<br>1:09-CV-2385-TWT |
| CITY OF ATLANTA; RICHARD<br>J. PENNINGTON; DARRELL D.<br>JOHNSON; W. HARRIS, Jr.; C.<br>FLEMING,<br>    Defendants. | |

## ORDER AND OPINION

In both of the above-referenced actions, Plaintiff's complaint consists of numerous pages of vague and concusory allegations, and the events about which Plaintiff complains are not entirely clear. As such, in each case, Plaintiff was ordered to amend the complaint within thirty days. See Terrell v. Pennington, et

al., Civil Action No. 1:08-CV-2385-TWT, at Docket No. 2; Terrell v. Pennington, et al., Civil Action No. 1:09-CV-2264-TWT at Docket No. 3.

Instead of responding to this Court's Orders to amend, Plaintiff has filed a motion to consolidate the above-referenced cases together. See Terrell v. Pennington, et al., Civil Action No. 1:08-CV-2385-TWT, at Docket No.3; Terrell v. Pennington, et al., Civil Action No. 1:09-CV-2264-TWT at Docket No. 4.[1] Plaintiff's motion to consolidate both cases shall be **GRANTED** and this Court hereby **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** Terrell v. Pennington, et al., Civil Action No. 1:09-CV-2385-TWT into Terrell v. Pennington, et al., Civil Action No. 1:09-CV-2264-TWT.[2]

Because all of the consolidated complaints consist of numerous pages that are confusing and contain vague and conclusory allegations, however, Plaintiff is **ORDERED TO AMEND** the consolidated complaint within thirty (30) days of the date of this Order. Plaintiff is **ORDERED** to draft his complaint on the

---

[1] The Court notes that another one of Plaintiff's pending cases, Terrell v. City of Atlanta, et al., Civil Action No. 1:09-CV-3345-TWT, already has been consolidated into Civil Action No. 1:08-CV-2385-TWT. See Terrell v. City of Atlanta, et al., Civil Action No. 1:08-CV-2385-TWT at Docket No. 2.

[2] Thus, all three of Petitioner's cases mentioned herein will now be Terrell v. Pennington, Civil Action No. 1:09-CV-2264-TWT.

2

attached § 1983 form, to write on only one side of the paper pursuant to L.R. 7.1D N.D. Ga., to add no more than **ten (10)** pages to the § 1983 form, and to provide this Court with only the facts about events that caused him some injury. Plaintiff must state only the facts relevant to his claim, must not repeat facts, and must omit legal argument and case citation. Clearly stated, Plaintiff is instructed to provide a very simple, factual description, without repetition or argument, of the events that he claims have violated his constitutional rights.

This action shall proceed no further until Plaintiff submits his amended complaint. The Court notes that this is Plaintiff's last opportunity to comply with this Court's directive, and that a failure to comply with this Order in a timely fashion will result in a dismissal of the action pursuant to Local Rule 41.3, N.D. Ga.

The Clerk is **FURTHER DIRECTED** to send Plaintiff the proper civil rights form so that Plaintiff can file his amended complaint pursuant to 42 U.S.C. § 1983.

The Clerk is **FURTHER DIRECTED** to **RESUBMIT** this action to the assigned Magistrate Judge upon receipt of the amended complaint or upon

expiration of the aforementioned period if the Plaintiff fails to submit his amended complaint.

      **IT IS SO ORDERED** this 14 day of May, 2010.


      */s/ Thomas W. Thrash*
      THOMAS W. THRASH, JR.
      UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)